

FILED
Feb 14 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ A Cortez          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEOVANY ANDRES ROJAS,<br>　　aka "Araña,"<br><br>　　　　Defendant. | Case No. '25 CR0442 H<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

　　The grand jury charges:

### Count 1

　　Beginning on or about January 2017 and continuing up to and including the date of this Indictment, in the countries of Colombia, Ecuador, and elsewhere, defendant GEOVANY ANDRES ROJAS, aka "Araña," who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing, and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; in violation of Title 21, United States Code, Sections 959, 960, and 963.

AEG:nlv:San Diego:2/14/25

## Criminal Forfeiture Allegations

1. The allegation contained in Count 1 is realleged and incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant GEOVANY ANDRES ROJAS, aka "Araña," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission by the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

//
//
//

1  it is the intent of the United States, pursuant to Title 21, United
2  States Code, Section 853(p), to seek forfeiture of any other property
3  of the defendant up to the value of the above-described forfeitable
4  property.
5  All pursuant to Title 21, United States Code, Section 853.
6      DATED: February 14, 2025.

A TRUE BILL:

[signature redacted]

ANDREW R. HADEN
Acting United States Attorney

By: /s/ Ashley E. Goff
ASHLEY E. GOFF
KYLE B. MARTIN
Assistant U.S. Attorneys

3